IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| GREGORY SEAN HENRY, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Defendant. ) | 1:21CV445<br>1:98CR52-1 |

### ORDER

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on July 14, 2022, was served on the parties in this action. (Doc. 6.) Objections were filed within the time limits prescribed by section 636. (Doc. 8.)

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objections were made and has made a de novo determination in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that the Government's Motion to Dismiss (1:21CV445, Doc. 5) is GRANTED, that the Petition (1:21CV445, Doc. 1) is DISMISSED, and that, there being neither a substantial issue for appeal concerning the denial of a constitutional right affecting the conviction nor a debatable procedural ruling, a certificate of appealability not issue.

/s/   Thomas D. Schroeder
                              United States District Judge

September 23, 2022